IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROY CHARLES BROOKS, FELIPE GUTIERREZ, PHYLLIS GOINES, EVA BONILLA, CLARA FAULKNER, DEBORAH SPELL, and BEVERLY POWELL, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:21-CV-00991 |
| GOVERNOR GREG ABBOTT, *in his official capacity;* and SECRETARY OF STATE OF TEXAS JOHN SCOTT, *in his official capacity,* | § § § § § | |
| Defendants. | § § | |

## ORDER CONSTITUTING THREE-JUDGE COURT

This suit challenges the constitutionality of the apportionment of Texas Senate districts, which are statewide legislative bodies. United States District Court Judge Lee Yeakel has requested, pursuant to 28 U.S.C. § 2284(b), that a three-judge court be convened. I hereby designate a Circuit Judge and a District Judge to serve with Judge Yeakel. The members of the three-judge district court convened under 28 U.S.C. § 2284 are:

>Judge Jerry E. Smith
>Circuit Judge
>United States Court of Appeals for the Fifth Circuit
>
>Judge Lee Yeakel
>United States District Judge
>Western District of Texas
>
>Judge Jeffrey V. Brown
>United States District Judge
>Southern District of Texas

Priscilla R. Owen
Chief Judge
United States Court of Appeals
for the Fifth Circuit

November 8, 2021